BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENE EMPEY,<br><br>Plaintiff,<br><br>vs.<br><br>BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,<br><br>Defendant. | Case No.: 2:26-cv-01037-JCM-BNW<br><br>Judge James C. Mahan<br>Magistrate Judge Brenda Weksler<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS**, the deadline for BH Security to respond to Plaintiff's Complaint is currently August 5, 2026;

**WHEREAS**, the requested extension is necessary to allow BH Security and its

recently retained counsel adequate time to investigate the allegations of the Complaint and to prepare an appropriate response, and to allow the parties to discuss a settlement;

**WHEREAS**, Plaintiff and BH Security have met and conferred and agreed to a thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the first stipulation for an extension of time for BH Security to respond to the Complaint;

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including September 4, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

**MITCHELL D. GLINER, ESQ.**

By: /s/ Mitchell D. Gliner
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com
*Attorney for Plaintiff*

**FABIAN VANCOTT**

By: /s/ Bryan D. Dixon
Bryan D. Dixon, Esq.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220 Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2026

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

Case 2:26-cv-01037-JCM-BNW Document 6 Filed 08/05/26 Page 3 of 4

**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE EMPEY,

Plaintiff,

vs.

BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,

Defendant.

Case No.: 2:26-cv-01037-JCM-BNW

Judge James C. Mahan
Magistrate Judge Brenda Weksler

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**
**(FIRST REQUEST)**

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS**, the deadline for BH Security to respond to Plaintiff's Complaint is currently August 5, 2026;

**WHEREAS**, the requested extension is necessary to allow BH Security and its



FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**FABIAN VANCOTT**
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

recently retained counsel adequate time to investigate the allegations of the Complaint and to prepare an appropriate response, and to allow the parties to discuss a settlement;

**WHEREAS**, Plaintiff and BH Security have met and conferred and agreed to a thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the first stipulation for an extension of time for BH Security to respond to the Complaint;

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including September 4, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

**MITCHELL D. GLINER, ESQ.**

By: /s/ Mitchell D. Gliner
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com
*Attorney for Plaintiff*

**FABIAN VANCOTT**

By: /s/ Bryan D. Dixon
Bryan D. Dixon, Esq.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

**IT IS SO ORDERED:**

________________________________
UNITED STATES DISTRICT JUDGE

DATED: __________________________