**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE EMPEY,

Plaintiff,

vs.

BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,

Defendant.

Case No.: 2:26-cv-01037-JCM-BNW

Judge James C. Mahan
Magistrate Judge Brenda Weksler

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**
**(SECOND REQUEST)**

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS**, pursuant to the parties' first stipulation [ECF No. 6] and the Court's Order thereon entered August 6, 2026 [ECF No. 7], the deadline for BH Security to respond to Plaintiff's Complaint is currently September 4, 2026. The Court has granted one previous extension of this deadline;

**WHEREAS**, the parties are in the process of finalizing the terms of a settlement



FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

agreement. The requested extension is necessary to allow the parties adequate time to finalize the settlement and to avoid the unnecessary expenditure of the parties' and the Court's resources in litigating a matter the parties expect to resolve;

**WHEREAS**, Plaintiff and BH Security have met and conferred and agreed to a further thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the second stipulation for an extension of time for BH Security to respond to the Complaint;

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including October 5, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

///

///

///

///

///

///

**MITCHELL D. GLINER, ESQ.**

By: */s/ Mitchell D. Gliner*
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com
*Attorney for Plaintiff*

**FABIAN VANCOTT**

By: */s/ Bryan D. Dixon*
Bryan D. Dixon, Esq.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant*
*BH Security, LLC d/b/a*
*Brinks Home Security*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2026

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE EMPEY,

Plaintiff,

vs.

BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,

Defendant.

Case No.: 2:26-cv-01037-JCM-BNW

Judge James C. Mahan
Magistrate Judge Brenda Weksler

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]
(SECOND REQUEST)**

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS**, pursuant to the parties' first stipulation [ECF No. 6] and the Court's Order thereon entered August 6, 2026 [ECF No. 7], the deadline for BH Security to respond to Plaintiff's Complaint is currently September 4, 2026. The Court has granted one previous extension of this deadline;

**WHEREAS**, the parties are in the process of finalizing the terms of a settlement



FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

agreement. The requested extension is necessary to allow the parties adequate time to finalize the settlement and to avoid the unnecessary expenditure of the parties' and the Court's resources in litigating a matter the parties expect to resolve;

**WHEREAS**, Plaintiff and BH Security have met and conferred and agreed to a further thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the second stipulation for an extension of time for BH Security to respond to the Complaint;

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including October 5, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

///

///

///

///

///

///

**MITCHELL D. GLINER, ESQ.**

By: */s/ Mitchell D. Gliner*
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com
*Attorney for Plaintiff*

**FABIAN VANCOTT**

By: */s/ Bryan D. Dixon*
Bryan D. Dixon, Esq.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant*
*BH Security, LLC d/b/a*
*Brinks Home Security*

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE,
MAGISTRATE JUDGE, OR
DISTRICT COURT CLERK

DATED: ____________________________

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444