**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE EMPEY,

Plaintiff,

vs.

BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,

Defendant.

Case No.: 2:26-cv-01037-JCM-BNW

Judge James C. Mahan
Magistrate Judge Brenda Weksler

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**
**(THIRD REQUEST)**

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS, pursuant to the parties' second stipulation and the Court's Order thereon [ECF No. 9], the deadline for BH Security to respond to Plaintiff's Complaint is currently October 5, 2026;**



FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**WHEREAS, the parties have agreed on the terms of a settlement and need additional time only to finalize and execute the written settlement agreement. The requested extension is necessary to allow the parties adequate time to finalize the written settlement agreement and to avoid the unnecessary expenditure of the parties' and the Court's resources in litigating a matter the parties have agreed to resolve;**

**WHEREAS, Plaintiff and BH Security have met and conferred and agreed to a further thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the third stipulation for an extension of time for BH Security to respond to the Complaint;**

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including November 4, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

**MITCHELL D. GLINER, ESQ.**

By: /s/ Mitchell D. Gliner
Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
mgliner@glinerlaw.com
*Attorney for Plaintiff*

**FABIAN VANCOTT**

By: /s/ Bryan D. Dixon
Bryan D. Dixon, Esq.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com

///

///

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**IT IS SO ORDERED:**

____________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant BH Security, LLC d/b/a Brinks Home Security*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENE EMPEY,<br><br>Plaintiff,<br><br>vs.<br><br>BH SECURITY, LLC d/b/a BRINKS HOME SECURITY,<br><br>Defendant. | Case No.: 2:26-cv-01037-JCM-BNW<br><br>Judge James C. Mahan<br>Magistrate Judge Brenda Weksler<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BH SECURITY, LLC D/B/A BRINKS HOME SECURITY TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br>**(THIRD REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff GENE EMPEY ("Plaintiff") and Defendant BH SECURITY, LLC d/b/a BRINKS HOME SECURITY ("BH Security"), through their undersigned counsel, as follows with respect to Plaintiff's Complaint [ECF No. 1]:

**WHEREAS**, Plaintiff initiated the above-captioned case by filing his Complaint [ECF No. 1] against BH Security;

**WHEREAS, pursuant to the parties' second stipulation and the Court's Order thereon [ECF No. 9], the deadline for BH Security to respond to Plaintiff's Complaint is currently October 5, 2026;**



FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**WHEREAS, the parties have agreed on the terms of a settlement and need additional time only to finalize and execute the written settlement agreement. The requested extension is necessary to allow the parties adequate time to finalize the written settlement agreement and to avoid the unnecessary expenditure of the parties' and the Court's resources in litigating a matter the parties have agreed to resolve;**

**WHEREAS, Plaintiff and BH Security have met and conferred and agreed to a further thirty (30) day extension of BH Security's deadline to respond to the Complaint. This is the third stipulation for an extension of time for BH Security to respond to the Complaint;**

**WHEREAS**, Plaintiff and BH Security have agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and between Plaintiff and BH Security that BH Security's deadline to respond to the Complaint [ECF No. 1] shall be extended thirty (30) days, through and including November 4, 2026;

**IT IS HEREBY FURTHER STIPULATED** that this request is not made for the purpose of hindrance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **MITCHELL D. GLINER, ESQ.** | **FABIAN VANCOTT** |
| By: /s/ Mitchell D. Gliner<br>Mitchell D. Gliner, Esq.<br>Nevada Bar #003419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102<br>mgliner@glinerlaw.com<br>*Attorney for Plaintiff* | By: /s/ Bryan D. Dixon<br>Bryan D. Dixon, Esq.<br>Nevada Bar #9320<br>2275 Corporate Circle, Ste. 220<br>Henderson, Nevada 89074<br>(702) 233-4444<br>bdixon@fabianvancott.com |

///

///

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026

FABIAN VANCOTT
2275 Corporate Circle, Ste. 220
Henderson, Nevada 89074
(702) 233-4444